IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| UNITED STATES OF AMERICA, | CR 17–12–M–DLC–2 |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| NATHAN ALAN SWENSON, | |
| Defendant. | |

Before the Court is the Government's Motion to Amend Document 111-1. The Court attached Document 111-1 to its Judgment as to Nathan Alan Swenson, but inadvertently failed to seal this document. The document contains personal information related to the referenced victims. Therefore, pursuant to Federal Rule of Criminal Procedure 49.1, the Court agrees that it is in the best interest of the victims to protect their privacy.

Accordingly, IT IS ORDERED that the Government's motion (Doc. 113) is GRANTED. The Clerk of Court is directed to seal Document 111-1.

Dated this 11th day of September, 2017.

*/s/ Dana L. Christensen*
Dana L. Christensen, Chief Judge
United States District Court

1